UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PAVAN KUMAR VUKKALKAR,<br><br>*et al.*,<br><br>Plaintiffs,<br>v.<br><br>KIKA SCOTT,<br><br>Defendant. | Case No. 3:25-cv-512 (LJC)<br><br>**JOINT MOTION FOR A 120-DAY STAY OF DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This matter is stayed for 120 days. Defendants shall answer or otherwise respond to the Complaint on or before July 22, 2025.

DATED this 17 day of April, 2025.

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge

ORDER GRANTING 120-DAY STAY            1            U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
No. 3:25-cv-512 (LJC)                                 OFFICE OF IMMIGRATION LITIGATION
                                                      GENERAL LITIGATION & APPEALS SECTION
                                                      P.O. BOX 868, BEN FRANKLIN STATION
                                                      WASHINGTON, DC 20044
                                                      (202) 305-1540